## 57758. COREY v. RENARD.

SMITH, Judge.

We granted this interlocutory appeal to deal with the trial court's imposing the sanction of default judgment against appellant-defendant. The court imposed that sanction under CPA § 37 (d) (Code Ann. § 81A-137 (d)), for appellant's failure to answer interrogatories propounded by appellee Renard. However, appellant had timely filed a motion for a protective order concerning the interrogatories. The court never ruled upon appellant's motion. While the protective order was pending, the entry of default judgment under CPA § 37 (d) was erroneous. See CPA § 37 (d).

*Judgment reversed. Quillian, P. J., and Birdsong, J., concur.*

ARGUED MAY 9, 1979 — DECIDED SEPTEMBER 20, 1979 — REHEARING DENIED OCTOBER 2, 1979 —

*Don M. Jones,* for appellant.
*Ronald L. Hilley,* for appellee.